Before KATHIANNE KNAUP CRANE, P.J., KENNETH M. ROMINES, J., and ROBERT M. CLAYTON III, J.

*ORDER*

PER CURIAM.

Movant, Tarell Adams, appeals from the judgment denying on the merits his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

John J. Larsen, St. Louis, MO, for appellant.

Maurice D. Early, Janet L. Williams, St. Louis, MO, for respondents.

Before: CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

*ORDER*

PER CURIAM.

Larry Shelton appeals from a decision by the Labor and Industrial Relations Commission that awarded him workers' compensation benefits. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed pursuant to Rule 84.16(b).

**Larry SHELTON, Appellant,**

v.

**LEVY RESTAURANT and New Hampshire Insurance Company, Respondents.**

**No. ED 96886.**

Missouri Court of Appeals, Eastern District, Division One.

Jan. 17, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 23, 2012.

**Brad A. HAYS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73468.**

Missouri Court of Appeals, Western District.

Feb. 7, 2012.